Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CECILIA GOETZ,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>    Defendant. | No. 2:18-cv-00093<br><br>STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE |

The parties in the above-captioned matter stipulate and agree under Fed. R. Civ. P. 41(a)(1)(A)(ii) that the Court may dismiss with prejudice all claims, causes of action, and parties, with each party bearing that party's own costs, expenses, and fees.

DATED this 27th day of January, 2020.

Presented by:

SCHROETER, GOLDMARK & BENDER

*s/ Elizabeth McLafferty*
ELIZABETH J. MCLAFFERTY, WSBA #45291
SIMS WEYMULLER, WSBA #33026
CRAIG SIMS, WSBA #28267
KAITLIN WRIGHT WSBA #45241

STIPULATION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE - 1
(Case No. 2:18-CV-00093)

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

| | |
|---|---|
| 1 | Schroeter Goldmark & Bender |
| 2 | 810 Third Avenue, Suite 500 |
|   | Seattle, WA  98104 |
| 3 | Phone: (206) 622-8000 |
|   | Fax:   (206) 682-2305 |
| 4 | Email: mclafferty@sgb-law.com |
|   |            sims@sgb-law.com |
| 5 |            csims@sgb-law.com |
|   |            wright@sgb-law.com |

*Counsel for Plaintiff*

LANE POWELL PC

*s/ Tim D. Wackerbarth*
Tim D. Wackerbarth, WSBA #13673
Andrew G. Yates, WSBA #34239
Warren E. Babb, WSBA #13410
Katie Bass, WSBA #51369
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111-9402
Phone:  (206) 223-7000
Fax:  (206) 223-7107
Email: wackerbartht@lanepowell.com
           yatesa@lanepowell.com
           babbw@lanepowell.com
           bassk@lanepowell.com

LANDMAN CORSI BALLAINE & FORD

*s/ Mark Landman*
Mark Landman
John A. Bonventre
(Limited Admission Pursuant to APR 8(b))
120 Broadway, 27th Floor
New York, NY 10271
Phone:  (212) 238-4800
Fax:  (212) 238-4848
Email: mlandman@lcbf.com
           jbonventre@lcbf.com

*Counsel for Defendant*

STIPULATION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE - 2
(Case No. 2:18-CV-00093)

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew Gordon Yates     yatesa@lanepowell.com, docketing-sea@lanepowell.com, mitchells@lanepowell.com

Tim D. Wackerbarth     wackerbartht@lanepowell.com, docketing-sea@lanepowell.com, mitchells@lanepowell.com, wallg@lanepowell.com

Warren E. Babb , Jr     babbw@lanepowell.com, docketing-SEA@lanepowell.com, strayerd@lanepowell.com

Katie Bass     bassk@lanepowell.com, docketing-SEA@lanepowell.com, flabela@lanepowell.com

Mark S Landman     mlandman@lcbf.com

John A Bonventre     jbonventre@lcbf.com

Sims G Weymuller     Sims@sgb-law.com, burgess@sgb-law.com, mendoza@sgb-law.com

Elizabeth Jean McLafferty     mclafferty@sgb-law.com

Craig Sims     csims@sgb-law.com

Kaitlin Wright     wright@sgb-law.com

DATED:     27th day of January, 2020, at Seattle, Washington.

*s/ Alder Burgess*
ALDER BURGESS, Paralegal
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email:  burgess@sgb-law.com

STIPULATION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE - 3
(Case No. 2:18-CV-00093)

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305